JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ALEN GREENSHIELDS,<br><br>          Petitioner,<br><br>     v.<br><br>STIRLING PRICE,<br><br>          Respondent. | Case No. LA CV 15-5348 JCG<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Memorandum Opinion and Order Dismissing Petition for Writ of Habeas Corpus with Prejudice and Declining to Issue Certificate of Appealability.[1]

DATED: December 19, 2016

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties have consented to this Court's authority to enter a final order in this case. [*See* Dkt. Nos. 8, 10, 12]; *see also* Rule 10 of the Rules Governing Section 2254 Cases in the United States District Courts; 28 U.SC. § 636(c)(1).